IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHREESIA, INC.

    Movant,

v.

NEXTGEN HEALTHCARE, INC.

    Respondent.

Civil Action No. 25 CV 3284 JRR

**MOVANT PHREESIA, INC.'S
MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45
TO COMPEL NEXTGEN HEALTHCARE, INC.'S COMPLIANCE WITH SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45 and applicable Local Rules of the United States District Court for the Distrct of Maryland, Movant Phreesia, Inc. ("Phreesia"), by and through undersigned counsel, moves for an Order commanding Respondent, NextGen Healthcare, Inc. ("Respondent") to comply with Phreesia's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action pursuant to Rule 45 of the Federal Rules of Civil Procedure, dated April 24, 2025 (the "Subpoena").

The Subpoena was issued in the matter captioned *Phreesia, Inc. v. Luma Health, Inc*, No. 24-01168-JLH-CJB, currently pending in the United States District Court for the District of Delaware (the "Action"). Specifically, in light of Respondent's non-compliance with the Subpoena, Phreesia requests an Order: (1) overruling Respondent's general objections to the Subpoena; and (2) requiring Respondent to produce responsive information and documents. Despite months of attempting to resolve disputes with Respondent regarding the Subpoena, multiple meet and confers and communications, and significant efforts by Phreesia to

11847021 v1

accommodate Respondent as a third-party to the underlying Action, Respondent's refusal to comply with the subpoena has necessitated this Motion and Phreesia's request for relief herein.

The grounds for this Motion are set forth in Phreesia's Memorandum of Law in Support of its Motion Pursuant to Federal Rule of Civil Procedure 45 to Compel Nextgen Healthcare, Inc.'s Compliance with Subpoena as well as undersigned counsel's Certification Pursuant to L.R. 104.7, which are incorporated herein.

For the reasons stated in this Motion and the supporting papers, Respondent respectfully requests this Honorable Court grant Phreesia's Motion and order NextGen comply with the subpoena.

Respectfully submitted,

**FLASTER GREENBERG P.C.**

/s/ *Eric C. Palombo*
ERIC C. PALOMBO
Flaster Greenberg P.C.
One Tower Bridge
100 Front Street, Suite 100
Conshohocken, PA 19428
Telephone: (215) 576-1730
Facsimile: (610) 260-4447
Email: Eric.Palombo@flastergreenberg.com

*Counsel for Plaintiff/ Movant,*
*Phreesia, Inc.*

Date: October 3, 2025